NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUMMIT DATA SYSTEMS LLC,**
*Plaintiff-Appellant*

**v.**

**NETAPP INC.,**
*Defendant-Appellee*

---

2015-1103

---

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00749-GMS, Judge Gregory M. Sleet.

---

**JUDGMENT**

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellant. Also represented by TRAVIS CAMPBELL.

EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for appellee. Also represented by BYRON BEEBE; DOUGLAS B. LUFTMAN, NetApp, Inc., Sunnyvale, CA.

NATALIE HANLON-LEH, Wilmer Cutler Pickering Hale and Dorr, LLP, Denver, CO, for amicus curiae Comcast Cable Communications, LLC. Also represented by MARY VIRGINIA SOOTER.

STEVEN MOORE, Kilpatrick Townsend & Stockton LLP, San Francisco, CA, for amici curiae Askeladden, LLC, Dell Inc., et al.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2015          /s/ Daniel E. O'Toole
Date                     Daniel E. O'Toole
                         Clerk of Court